UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-07388 RGK (VBK) | Date | September 14, 2012 |
|---|---|---|---|
| Title | AF HOLDINGS LLC v. JOHN DOE | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| S. Williams, Not Present | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**   **(IN CHAMBERS) Order to Show Cause as to Why this Matter Should Not Be Dismissed for Lack of Personal Jurisdiction**

On August 28, 2012, AF Holdings LLC ("Plaintiff") filed a Complaint against John Doe ("Defendant") for copyright infringement under the United States Copyright Act and other related claims. Also, on September 7, 2012, Plaintiff filed an ex parte application for leave to take expedited discovery on a third party internet service provider to determine the identity of Defendant.

The Court orders Plaintiff to show cause why this matter should not be dismissed for lack of personal jurisdiction. Plaintiff's response must not exceed ten pages and must be filed by September 21, 2012.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____